| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) BLAKE, CATHERINE C. | 2. Court or Organization U S DISTRICT COURT, MARYLAND | 3. Date of Report 06/12/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U S DISTRICT JUDGE, ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |
| 7. Chambers or Office Address 7310 U S COURTHOUSE 101 WEST LOMBARD STREET BALTIMORE, MD 21201 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TREASURER | FEDERAL JUDGES ASSOCIATION |
| 2. PERSONAL REPRESENTATIVE | ESTATE#1 |
| 3. TRUSTEE | FARM TRUST |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 06/12/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | CIRCUIT COURT FOR BALTIMORE CITY, SALARY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AMERICAN CONFERENCE INSTITUTE | 1/26/12 - 1/27/12 | NEW YORK, NY | SPEAKER AT EDUCATIONAL SEMINAR | TRANSPORTATION, LODGING |
| 2. | FEDERAL JUDGES ASSOCIATION | 5/8/12 - 5/10/12 | WASHINGTON, DC | ATTEND FJA BOARD MEETING | TRANSPORTATION, LODGING, MEALS |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 06/12/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 06/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA-Delaware Core Plus Bond Fund A Class | A | Dividend | | | Sold | 02/14/12 | K | | see Note Pt VIII |
| 2. IRA-T Rowe Price-Equity Income | A | Dividend | K | T | | | | | |
| 3. IRA-T Rowe Price-Growth Stock | A | Dividend | K | T | | | | | |
| 4. IRA-T Rowe Price-New Asia | A | Dividend | | | Sold | 06/08/12 | J | | |
| 5. IRA-T Rowe Price-New Era | A | Dividend | K | T | | | | | |
| 6. IRA-T Rowe Price-Science & Technology | | None | K | T | | | | | |
| 7. IRA-T Rowe Price-Spectrum Income | B | Dividend | K | T | Buy (add'l) | 06/08/12 | J | | see Note Pt VIII |
| 8. State of Maryland Deferred Compensation Plan | B | Dividend | L | T | | | | | |
| 9. Wells Fargo Bank-accounts | A | Int./Div. | L | T | | | | | |
| 10. IRA-First Financial Credit Union | A | Dividend | J | T | | | | | |
| 11. IRA - MetLife | | None | | | Sold | 11/23/12 | J | | see note Pt VIII |
| 12. TSA - MetLife | | None | | | Sold | 11/23/12 | L | | see Note Pt VIII |
| 13. Guardian Whole Life | B | Dividend | L | T | | | | | |
| 14. MetLife Whole Life | A | Dividend | J | T | | | | | |
| 15. MetLife Whole Life | A | Dividend | | | Donated | | | | see note Pt VIII |
| 16. T Rowe Price Md Tax-Free Bond Fund | B | Dividend | L | T | Buy (add'l) | 06/08/12 | K | | see note Pt VIII |
| 17. | | | | | Buy (add'l) | 06/08/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 06/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 06/14/12 | K | | |
| 19. | | | | | Buy (add'l) | 09/04/12 | K | | |
| 20. Delaware High Yield Opp Fund A Class | B | Dividend | K | T | | | | | |
| 21. T Rowe Price Md Tax-Free Money Fund | A | Dividend | | | Sold | 06/08/12 | J | | |
| 22. M&T Bank account | A | Interest | J | T | | | | | |
| 23. NewPerspFdIncClA (American Funds) | A | Int./Div. | K | T | | | | | |
| 24. RBC BrokerageAcc't | | | | | | | | | see note Pt VIII |
| 25. --RBC BankDepProg | A | Interest | K | T | | | | | |
| 26. --AT&T common stock | B | Dividend | K | T | | | | | |
| 27. --BB&T Corp common stock | A | Dividend | J | T | | | | | |
| 28. --Eli Lilly & Co common stock | A | Dividend | K | T | | | | | |
| 29. --Exxon Mobil Corp common stock | B | Dividend | L | T | | | | | |
| 30. --Frontier Comm Corp common stock | A | Dividend | J | T | | | | | |
| 31. --H J Heinz Co common stock | B | Dividend | K | T | | | | | |
| 32. --Ill Tool Works Inc common stock | A | Dividend | J | T | | | | | |
| 33. --Johnson & Johnson common stock | A | Dividend | J | T | | | | | |
| 34. --JPMorgan Chase & Co common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 06/12/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Merck&Co Inc common stock | A | Dividend | J | T | | | | | |
| 36. --PPG Ind Inc common stock | A | Dividend | J | T | | | | | |
| 37. --Verizon Comm common stock | A | Dividend | K | T | Buy (add'l) | 07/02/12 | J | | |
| 38. --WW Grainger Inc common stock | A | Dividend | J | T | | | | | |
| 39. --3M Co common stock | A | Dividend | K | T | | | | | |
| 40. --Urstadt Biddle Properties Inc Class A | A | Dividend | J | T | | | | | |
| 41. --DWS Mun Mgd Mun Bond Fund Class A | B | Dividend | K | T | | | | | |
| 42. --MontCoMdRevBd 2004 | A | Dividend | J | T | | | | | |
| 43. --CarrollCoMdConsPub ImpBd 2007 | A | Dividend | J | T | | | | | |
| 44. --MdHlth&HEFARevBd Fred Mem Hosp | A | Dividend | | | Redeemed | 12/17/12 | J | A | |
| 45. --CmntyDevAdminMd RevBd 2011B | A | Dividend | J | T | | | | | |
| 46. --WashCoMdPubImpBd 2011 | A | Dividend | J | T | | | | | |
| 47. --MontCoMdRevBd 2011A | A | Dividend | J | T | | | | | |
| 48. --MdHlth&HEFARevBd GBMC | A | Dividend | | | Redeemed | 07/02/12 | J | | |
| 49. --MdHlth&HEFARevBd FredMemHosp | A | Dividend | | | Redeemed | 12/17/12 | J | | |
| 50. --MdHlth&HEFARevBd PRMC2006(Y) | A | Dividend | J | T | | | | | see note PtVIII |
| 51. --AnnapMdGOPubImpt&RefBds2012 | | None | J | T | Buy | 06/29/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 06/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --EMC Corp | | None | J | T | Buy | 07/02/12 | J | | |
| 53. --MicrochipTechInc | A | Dividend | J | T | Buy | 07/02/12 | J | | |
| 54. --Fluor Corp New | A | Dividend | J | T | Buy | 07/11/12 | J | | |
| 55. --Freeport McMoran Copper&Gold Inc | A | Dividend | J | T | Buy | 07/11/12 | J | | |
| 56. --Helmerich&Payne Inc | A | Dividend | J | T | Buy | 07/11/12 | K | | |
| 57. BB&T Corp brokerage account - IRA | A | Int./Div. | | | | | | | see note Pt VIII |
| 58. --BB&T Prime Mny Mkt Immf Btpi | | | | | Redeemed (part) | 01/03/12 | J | | |
| 59. | | | | | Buy (add'l) | 01/06/12 | J | | |
| 60. | | | | | Redeemed (part) | 02/14/12 | J | | |
| 61. | | | | | Buy (add'l) | 02/16/12 | J | | |
| 62. | | | | | Buy (add'l) | 02/17/12 | J | | |
| 63. | | | | | Redeemed (part) | 02/22/12 | J | | |
| 64. | | | | | Buy (add'l) | 04/16/12 | K | | |
| 65. | | | | | Redeemed | 04/17/12 | K | | |
| 66. --Sterling Capital Intermed. U.S. Gov't Fund | | | | | Sold | 04/02/12 | J | | |
| 67. -- Sterling Capital MidValue Fund | | | | | Sold | 04/12/12 | J | | |
| 68. -- Sterling Capital Total Return Bond Fund | | | | | Buy (add'l) | 02/16/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 06/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 04/02/12 | J | | |
| 70. | | | | | Sold | 04/12/12 | K | | |
| 71. --Sterling Capital Equity Income Fund | | | | | Buy (add'l) | 04/02/12 | J | | |
| 72. | | | | | Sold | 04/12/12 | J | | |
| 73. --Sterling Capital Spec. Opp. Fund (wasBB&TSpecial Opp. Fd) | | | | | Sold | 04/12/12 | J | | |
| 74. --Cohen&Steers Inst. Realty | | | | | Sold | 04/12/12 | J | | |
| 75. --Credit Suisse Comm. Return Strat. Fd | | | | | Sold | 04/12/12 | J | | |
| 76. --DWS Cap. Growth Fd Inst. Class | | | | | Sold | 04/02/12 | J | | |
| 77. --Eaton Vance Large Cap Value Fd. | | | | | Sold | 04/02/12 | J | | |
| 78. --Federated MDT Small Cap Growth Fd. | | | | | Sold | 04/12/12 | J | | |
| 79. --Absolute Strat. Fd. Inst. Share Class | | | | | Sold | 04/12/12 | J | | |
| 80. --Forward Int'l Small Companies Fd. | | | | | Sold | 04/12/12 | J | | |
| 81. --Goldman Sachs Growth Opp. Fd. | | | | | Sold | 04/12/12 | J | | |
| 82. --Harbor Int'l. Fd. Inst. Class | | | | | Sold | 04/12/12 | J | | |
| 83. --Lazard Emerging Mkts. Portfolio Inst. Class | | | | | Sold | 04/12/12 | J | | |
| 84. --Managers AMG FQ Global Alt. Fd. Class A | | | | | Sold | 01/05/12 | J | | |
| 85. --Oppenheimer Developing Markets Fd Class Y | | | | | Sold | 04/12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 06/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Pimco Foreign Bond Fd. | | | | | Sold | 04/12/12 | J | | |
| 87. --Virtus Quality Small-Cap Fd Class I | | | | | Sold | 04/12/12 | J | | |
| 88. --Wasatch - 1st Source Long/Short Fd | | | | | Sold | 04/12/12 | J | | |
| 89. --Harding Loevner Int'l Equity Portfolio | | | | | Buy (add'l) | 02/13/12 | J | | |
| 90. | | | | | Sold | 04/12/12 | J | | |
| 91. --Highland Long/Short Equity Fd. Class A | | | | | Sold | 04/12/12 | J | | |
| 92. --American Century Premium Money Mkt. Fd. Investor Class | | | | | Sold | 02/14/12 | J | | |
| 93. --Altegris Macro Strategy Fund | | | | | Buy | 01/03/12 | J | | |
| 94. --Driehaus Active Income Fund | | | | | Buy | 01/03/12 | J | | |
| 95. | | | | | Sold | 04/12/12 | J | | |
| 96. --Eaton Vance Atlanta Capital Focused Growth Fund | | | | | Buy | 04/02/12 | J | | |
| 97. | | | | | Sold | 04/12/12 | J | | |
| 98. Estate #1(X) | A | Interest | | | Distributed (part) | 01/05/12 | O | | see note Pt VIII |
| 99. | | | | | Distributed | 05/24/12 | O | | |
| 100. Farm Trust (X) | | | | | | | | | |
| 101. --Real Property Frederick County, MD | | None | O | Q | | | | | See note Part VIII. |
| 102. TRowePrice 529 college savings plan Portfolio 2027 | A | Int./Div. | J | T | Buy (add'l) | 04/09/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 06/12/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 12/27/12 | J | | |
| 104. TRowe Price 529 college savings plan Portfolio 2027 | A | Int./Div. | J | T | Buy (add'l) | 12/27/12 | J | | |
| 105. IRA - Franklin Templeton 2015 Retirement Target Fund | B | Dividend | M | T | Buy | 04/20/12 | M | | |
| 106. MetLife annuity | A | Int./Div. | J | T | Buy | 11/23/12 | J | | |
| 107. MetLife annuity | C | Int./Div. | L | T | Buy | 11/23/12 | L | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 06/12/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

line 11  IRA converted to annuity contract with MetLife.

line 12  TSA converted to annuity contract with MetLife.

line 15  Given to independent adult children.

line 50  This bond was received in November 2011 (see note to line 65 from last year) but inadvertently left off last year's report.

line 57 All assets in this IRA brokerage account were sold as of April 12, 2012, and the proceeds were used to open the Franklin Templeton IRA accoount at line 105, where the entire investment is in one retirement fund.

line 98 All cash assets of estate for which I was personal representative were distributed in 2012. A portion was used for additional purchases in RBC account (see lines 24-56).

lines 100-101  The real property that was an asset of the estate transferred by deed dated May 7, 2012, into a trust (Farm Trust) of which I am trustee.  It is not income-producing. Appraisal was date of death of owner August 23, 2011.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CATHERINE C. BLAKE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544